IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, | ) | 8:15CV45 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| JESSE NEUBARTH, VALENTYNA | ) | **MEMORANDUM** |
| LEZOVITSKAYA, child, JERALD | ) | **AND ORDER** |
| MASON, all from Avenue Realty, | ) | |
| CHICAGO TITLE COMPANY, | ) | |
| DONALD A. MACHADO, JANE | ) | |
| DOE, Trini woman 2 kids Manteca | ) | |
| CA, JOHN DOE, Renters at 535 W | ) | |
| Vine St, 9-12, and MICHELLE | ) | |
| HULLIGAN, Spetter Vandal, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Magdalina Kalincheva's Motion for Protective Order and Injunction. (Filing No. 22.) This case is closed and Plaintiff is not entitled to the relief she seeks.

IT IS ORDERED that Plaintiff's Motion for Protective Order and Injunction (Filing No. 22) is denied.

DATED this 16th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge